*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                        )
    Stacey Volz                    )       Case No. 26–10340–amc
                       )
                       )
    Debtor(s).                  )       Chapter: 13
                       )
                       )

## ORDER

      AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated January 29, 2026, this case is hereby DISMISSED.

**Date: February 13, 2026**            _____

                                   Ashely M. Chan
                                   Chief Judge, United States Bankruptcy Court

Missing Documents:
Certificate of Credit Counseling
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C–1
Means Test Calculation Form 122C–2
Chapter 13 Plan
Schedules AB–J
SSN – Form B121
Statement of Financial Affairs
Summary of Assets and Liabilities